STEPHEN C. RUEHMANN (167533)
FISHER & RUEHMANN, LLP
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
(916) 988-8001 Telephone
(916) 988-8002 Fax
Steve@Ruehmannlaw.com

Attorneys for Plaintiffs
OSAMA HASSOUN and
KAREN A. HASSOUN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAMA HASSOUN and KAREN A. HASSOUN, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC AND DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:10-cv-01358-GEB-JFM <br><br> NOTICE OF VOLUNTARY DISMISSAL and ORDER |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiff voluntarily dismisses the above captioned action without prejudice.

Dated: June 29, 2010         /S/  Stephen C. Ruehmann
                             Stephen C. Ruehmann
                             Attorney for Plaintiffs

1

1
2
3  IT IS SO ORDERED.                    **ORDER GRANTING DISMISSAL**
4
5                                       *[signature]*
6                                       Honorable GARLAND E. BURELL
7
...